reversed, with ten dollars costs. and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward Holbrook, Appellant, v. The Mutual Life Insurance Company of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frank I. Whitcomb, Respondent, v. Nelson B. Burr, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Evelyn de Cordova, as Executrix of and Trustee under the Last Will, etc., Appellant, v. Arthur J. Sanville, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William Jay Schieffelin, Appellant, v. V. Komfort and Others, Constituting the Board of Elections, etc., for Albany County, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott JJ.

In the Matter of the Application of Henry A. Blumenthal, Respondent, for a Peremptory Writ of Mandamus against the Washington Heights Hospital and Others, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. Nó opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application of Edward Moss, Appellant, for a Writ of Mandamus against James W. Morrow and Others, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted on the authority of *Matter of McQuade* v. *Morrow* (168 App. Div. 947), decided by this court May 14, 1915. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Andrew J. Brown, Appellant, v. Orvill Thompson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George M. Marlo, Respondent, v. Morning Telegraph Company, Appellant.— Order modified by allowing plaintiff to discontinue on payment of costs in the action to be taxed, within ten days after the same are taxed. If such costs are not so paid, the motion to discontinue is denied, with ten dollars costs and disbursements to defendant. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frederick Pring, Respondent, v. Richard C. Thorp, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Benny Silverman.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. James E. Liddy.— Motion to dismiss appeal granted unless appellant comply with terms stated in